NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXSAM, INC.,**
*Plaintiff-Appellee,*

**v.**

**INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC.,**
*Defendant-Appellant.*

**and**

**INTERACTIVE COMMUICATIONS INC.,**
Defendant.

---

2010-1267

---

Appeal from the United States District Court for the Eastern District of Texas in Case No. 03-CV-0337, Judge T. John Ward.

---

**JUDGMENT**

---

JAMES J. FOSTER, Wolf, Greenfield & Sacks, P.C., of Boston, Massachusetts, argued for plaintiff-appellee. With him on the brief were ROBERT M. ABRAHAMSEN and HUNTER D. KEETON.

WILLIAM M. ATKINSON, Alston & Bird LLP, of Atlanta, Georgia, argued for defendant-appellant. On the brief was ROBIN L. MCGRATH. Of counsel on the brief was BRIAN M. BUROKER, Hunton & Williams LLP, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, FRIEDMAN, and LOURIE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 15, 2010     /s/ Jan Horbaly
        Date              Jan Horbaly
                             Clerk